# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:** 17-15106-BKC-LMI  
**Case Name:** WEINKLE, BARNEY  
**For Period Ending:** 06/30/2019

**Trustee Name:** (290830) Barry E. Mukamal  
**Date Filed (f) or Converted (c):** 04/25/2017 (f)  
**§ 341(a) Meeting Date:** 08/01/2017  
**Claims Bar Date:** 10/31/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10066 BAY HARBOR TERRACE UNIT 10070, MIAMI BEACH, FL 33154<br>Joint with non-filing party. Amended for value.<br>Notice of Abandonment ECF #74 | 475,000.00 | 150,794.00 | OA | 0.00 | FA |
| 2 | 2014 MERCEDES 350 GLK LEASE<br>Notice of Abandonment ECF #74. | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | GUITARS | 0.00 | 0.00 | | 0.00 | FA |
| 5 | FIREARMS<br>Notice of Abandonment ECF #74. | 200.00 | 0.00 | OA | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 300.00 | | 0.00 | FA |
| 7 | JEWELRY<br>Amended for value | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | PETS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 10 | BANK ACCOUNT: NONE | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AMERICAN PIE PIZZERIA, INC.<br>CHAPTER 7 BANKRUPTCY CASE NO. 15-31324-JKO, 75% OWNERSHIP (CASE CLOSED 03/2017) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | WEINKLE ROARK CONSTRUCTION MANAGEMENT INC<br>Amended for value<br>CURRENTLY NO ACTIVE CONTRACTS OR PROJECTS, 100% OWNERSHIP | 100.00 | 0.00 | | 0.00 | FA |
| 13 | JTPN CONSULTING GROUP, INC<br>NO ACTIVE PROJECT OR CONTRACTS, 100% OWNERSHIP<br>Amended for value | 100.00 | 0.00 | | 0.00 | FA |
| 14 | REAL ESTATE AGENT LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 15 | NORTH WESTERN MUTUAL TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

| Case No.: | 17-15106-BKC-LMI | Trustee Name: | (290830) Barry E. Mukamal |
|---|---|---|---|
| Case Name: | WEINKLE, BARNEY | Date Filed (f) or Converted (c): | 04/25/2017 (f) |
| | | § 341(a) Meeting Date: | 08/01/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 10/31/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | POSSIBLE CAR ACCIDENT CLAIM | Unknown | 0.00 | | 0.00 | FA |
| | DOA 10/26/12. TWO CASES PENDING. NO ATTORNEY RETAINED. NO LAWSUIT HAS BEEN FILED. | | | | | |
| 17 | POTENTIAL AVOIDANCE ACTION (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 18 | WEINKLE V USAA CASUALTY INSURANCE | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 19 | POSSIBLE SLIP & FALL CLAIM (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| | Amended to include | | | | | |
| 19 | Assets    Totals    (Excluding unknown values) | $486,000.00 | $161,094.00 | | $10,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Case dismissed 05/15/17. Reinstated 06/16/17.

The Trustee settled the estate's interest in the scheduled PI Claims and the controversy regarding potential avoidance actions for $10,000 payable by 06/30/18; court ordered ECF #70.
Claims review complete. No tax return required.

Court order approving employment of Scott Brown, Esq. as Trustee's counsel (ECF #36).

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2018 | **Current Projected Date Of Final Report (TFR):** | 08/31/2019 |
|---|---|---|---|

07/31/2019                                                        /s/Barry E. Mukamal
_____                                        _____
Date                                                                    Barry E. Mukamal

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-15106-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | WEINKLE, BARNEY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3293 | Account #: | ******9700 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/18 | {17} | Weinkle Legal Group LLC | Payment #1; court ordered ECF #70. | 1241-000 | 5,000.00 | | 5,000.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,990.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,980.00 |
| 07/03/18 | | Weinkle Roark Const Mgt Barney Weinkle | Payment #2; court ordered ECF #70. | | 5,000.00 | | 9,980.00 |
| | {18} | | Asset #18 $2,500.00 | 1142-000 | | | 9,980.00 |
| | {19} | | Asset #19 $2,500.00 | 1249-000 | | | 9,980.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.35 | 9,965.65 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.81 | 9,950.84 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 7.63 | 9,943.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 8.98 | 9,934.23 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******0356 | Transition Debit to Metropolitan Commercial Bank acct 3910020356 | 9999-000 | | 9,934.23 | 0.00 |
| | | | **COLUMN TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 9,934.23 | |
| | | | **Subtotal** | | 10,000.00 | 65.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$65.77** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-15106-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | WEINKLE, BARNEY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3293 | Account #: | ******0356 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******9700 | Transition Credit from Rabobank, N.A. acct 5022279700 | 9999-000 | 9,934.23 | | 9,934.23 |
| | | | COLUMN TOTALS | | 9,934.23 | 0.00 | $9,934.23 |
| | | | Less: Bank Transfers/CDs | | 9,934.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 17-15106-BKC-LMI |
| **Case Name:** | WEINKLE, BARNEY |
| **Taxpayer ID #:** | **-***3293 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0356 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $10,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $10,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9700 Checking | $10,000.00 | $65.77 | $0.00 |
| ******0356 Checking Account | $0.00 | $0.00 | $9,934.23 |
| | $10,000.00 | $65.77 | $9,934.23 |

| | |
|---|---|
| 07/31/2019 | /s/Barry E. Mukamal |
| **Date** | **Barry E. Mukamal** |